**Entered on Docket**
**December 16, 2013**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Theresia C. Sandhu SBN 213499
145 George Street
San Jose, CA 95110
Telephone 408-280-7890
Fax: 408-280-7887

Attorney for Debtor

**IT IS SO ORDERED.**
**Signed December 16, 2013**

**Arthur S. Weissbrodt**
**U.S. Bankruptcy**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROSALIE GUTIERREZ<br><br>Debtor | Case No.: 13-52528<br><br>CHAPTER 13<br><br>ORDER LIFTING AUTOMATIC STAY FOR THE PURPOSE OF FINALIZING DISSOLUTION OF MARRIAGE<br><br>NO HEARING REQUIRED |

## ORDER ON STIPULATION FOR RELIEF FROM STAY

TO: CHAPTER 13 TRUSTEE, U.S. TRUSTEE AND ALL PARTIES IN INTEREST

1. Debtor, Rosalie Gutierrez, request that the automatic stay in this case be lifted for the purpose of allowing the debtors' dissolution to move forward.

2. All parties have signed a stipulation agreeing to such relief and that stipulation has been filed with the court.

WHEREFORE, Debtor prays for an Order lifting the automatic stay for the purpose of allowing the debtors dissolution to continue.

Dated: 12/16/18

*/s/ Rosalie Gutierrez*
Rosalie Gutierrez, Debtor

*/s/ Theresia C. Sandhu*
Theresia C. Sandhu
Attorney for Debtor

IT IS SO ORDERED.

***END OF ORDER***